

October 27, 2016

Hon. Carla E. Craig
U.S. Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

    Re:    **Debtor:**    **Hecht, Isaac Jacob**
           **Premises:**  **1503 Union Street**
                        **Brooklyn, NY 11213**
           **Chapter:**   **13**
           **Case No:**   **16-42519**

Dear Judge Craig:

    Debtor supplied Nationstar Mortgage, LLC with the "missing documents" reflected on its Loss Mitigation Status Report, dated October 27, 2016, and has updated his mortgage modification application to reflect $1,500.00 in section marked "Other" of the related Income and Expense Worksheet.

    Thank you for your kind attention in this matter. Please feel free to call with any questions.

                                    Sincerely,

                                    /s/ *Joseph Y Balisok*
                                  Joseph Y Balisok, Esq.