**Rachel S. Blumenfeld**
**Attorney at Law**
26 Court Street, Suite 2220 • Brooklyn, New York  11242
718.858.9600 • rblmnf@aol.com
www.blumenfeldbankruptcy.com

July 14, 2017

The Honorable Carla E. Craig
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York

**Re:** **In re Isaac Hecht, chapter 13 case no: 16-42519-cec**

Dear Judge Craig,

     Please accept this as a status of the above referenced matter. We have provided to the office of Davidson Fink that according to the NDC.org website, the Trustee is currently holding $38,964.00.  The parties are now respectfully requesting a consensual adjournment of the loss mitigation conference.

                                  Respectfully,

                                  */s/ Rachel Blumenfeld*

                                  Rachel S. Blumenfeld