# Davidson | Fink
## Attorneys at Law

Scott A. Sydelnik
Partner

October 19, 2017

Hon. Carla E. Craig
U.S. Bankruptcy Court
Eastern District of NY
271 Cadman Plaza E
Brooklyn, NY 11201

    RE:    HECHT, ISAAC JACOB et al.
            Premises:    1503 Union Street
                           Brooklyn, NY 11213
            Chapter:    13
            Case No.:    16-42519

Dear Judge Craig:

    Our firm represents Nationstar Mortgage LLC regarding the loss mitigation for the above-referenced Bankruptcy matter.

    On October 3, 2017, our client advised the Debtor was denied for a Loan Modification as the principal and interest payment was unable to be reduced. The denial letter was sent to the Debtor's Attorney.

                                                Very truly yours,
                                                DAVIDSON FINK LLP

                                                Scott A. Sydelnik, Esq.

cc:    Rachel Blumenfeld, Esq.

---

28 East Main Street, Suite 1700 | Rochester, New York 14614 | 585-546-6448 | davidsonfink.com
ssydelnik@davidsonfink.com | direct phone 585-760-2348 | fax 585-784-8917